IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACEY BAILEY, | § | |
|     PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-01161-L |
| | § | |
| MANSFIELD INDEPENDENT SCHOOL | § | |
| DISTRICT, *et al.*, | § | |
|     DEFENDANTS. | § | |

## DEFENDANT DR. JIM VASZAUSKAS' NOTICE OF APPEAL

Defendant Dr. Jim Vaszauskas hereby gives notice that he hereby appeals to the United States Court of Appeals for the Fifth Federal Circuit from the trial court's "Memorandum Opinion and Order" entered November 21, 2019 (ECF No. 28) to the extent that the Order overruled his Rule 12(b)(6) Motion to Dismiss (ECF No. 14) and materials supporting his Motion to Dismiss (Reply Brief, ECF No. 23; Response to Plaintiff's Motion for Leave to File Surreply, ECF No. 26), both because it was determined Plaintiff did state a claim against him in his individual capacity and because it was determined that he was not entitled to qualified immunity.

Dated this 4th day of December, 2019.

Respectfully submitted,

*/s/ Thomas E. Myers*
Thomas E. Myers
State Bar No.14765450
Kevin C. Smith
State Bar No. 24102511

BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
FAX: (817) 870-2265
tmyers@belaw.com
ksmith@belaw.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record this the 4th day of December 2019, by electronic notice via the ECF System for the Northern District of Texas.

| | |
|---|---|
| Jason Smith<br>Law Offices of Jason Smith<br>600 Eighth Avenue<br>Fort Worth, Texas 76104 | *Via Electronic Delivery:*<br>jasons@letsgotocourt.com<br><br>/s/ *Thomas E. Myers*<br>Thomas E. Myers |