IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACY BAILEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-01161-L |
| | § | |
| MANSFIELD INDEPENDENT | § | |
| SCHOOL DISTRICT and | § | |
| DR. JIM VASZAUSKAS, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE SAM A. LINDSAY,
UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), because the parties have resolved all disputes between them, Stacy Bailey hereby dismisses this action with prejudice, with each party to bear his or her own costs of court and attorneys' fees. Mansfield Independent School District and Dr. Jim Vaszauskas stipulate to this dismissal with prejudice by the signature of its attorney of record below.

Dated: March 24, 2020

                              Respectfully submitted,

                              /s/ JASON C.N. SMITH
                              JASON C.N. SMITH
                              State Bar No. 00784999
                              LAW OFFICES OF JASON SMITH
                              612 Eighth Avenue
                              Fort Worth, Texas 76104
                              (817) 334-0880, telephone
                              (817) 334-0898, facsimile
                              Email: jasons@letsgotocourt.com
                              ATTORNEYS FOR PLAINTIFF

AGREED:


/s/Thomas E. Myers
Thomas E. Myers
State Bar No. 14765450
Kevin C. Smith
State Bar No. 24102511
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
FAX: (817) 870-2265
tmyers@belaw.com

ATTORNEYS FOR DEFENDANT